John Lee **MORRIS**, Sr., Plaintiff–Appellant,

v.

**NORTH CAROLINA COURT OF APPEALS; NC Supreme Court; Mike Jones; the Budd Group; Jan Taylor; Eisai Pharmaceutical, Defendants–Appellees.**

No. 04–1783.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 4, 2004.

John Lee Morris, Sr., Appellant pro se.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Lee Morris, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Morris v. North Carolina Ct. of Appeals,* No. CA–04–213–1 (M.D.N.C. May 28, 2004). We further deny Morris' mo-

tion for preparation of a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*